# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CORELANIUS TORIANO PHILLIPS
ADC #099996                                                                            PETITIONER

VS.                              5:12CV00192 SWW/JTR

RAY HOBBS, Director
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1), is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

Dated this 28th day of June, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE